FILED

08 MAY 14 PM 3: 10

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: ECL         DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

January 2007 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal Case No. '08 CR 1557 WQH |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Title 21, U.S.C., Sec. 841(a)(1) – Possession of Marijuana with Intent to Distribute |
| GLENDA CASTILLO ABALOS, | |
| Defendant. | |

The grand jury charges:

On or about April 30, 2008, within the Southern District of California, defendant GLENDA CASTILLO ABALOS did knowingly and intentionally possess, with intent to distribute, 100 kilograms and more, to wit: approximately 114.57 kilograms (252.59 pounds) of marijuana, a Schedule I Controlled Substance; in violation of Title 21, United States Code, Section 841(a)(1).

DATED: May 14, 2008.

A TRUE BILL:

_____
Foreperson

KAREN P. HEWITT
United States Attorney

By: _____
JAMES P. MELENDRES
Assistant U.S. Attorney

JDM:em:San Diego
5/14/08