```
 1 │ KAREN P. HEWITT
   │ United States Attorney
 2 │ CHRISTOPHER P. TENORIO
   │ Assistant U.S. Attorney
 3 │ California State Bar No. 166022
   │ 880 Front Street, Room 6293
 4 │ San Diego, California 92101-8893
   │ Telephone: (619) 557-7843/(619) 557-7381 (Fax)
 5 │ Email: Christopher.Tenorio@usdoj.gov
   │
 6 │ Attorneys for Plaintiff
   │ United States of America
 7 │
 8 │                     UNITED STATES DISTRICT COURT
 9 │                    SOUTHERN DISTRICT OF CALIFORNIA
10 │ UNITED STATES OF AMERICA,        )  Criminal Case No. 08CR1557-WQH
                                      )
11 │                  Plaintiff,      )
                                      )      NOTICE OF APPEARANCE
12 │      v.                          )
                                      )
13 │ GLENDA CASTILLO ABALOS,          )
                                      )
14 │                  Defendant.      )
                                      )
15 │
16 │ TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:
17 │    I, the undersigned attorney, enter my appearance as lead counsel
18 │ in the above-captioned case.  I certify that I am admitted to
19 │ practice in this court or authorized to practice under CivLR
20 │ 83.3.c.3-4.
21 │    Please call me if you have any questions about this notice.
22 │    DATED:  May 27, 2008
23 │                                   Respectfully submitted,
24 │                                   KAREN P. HEWITT
                                       United States Attorney
25 │
26 │                                    s/ Christopher P. Tenorio
                                       CHRISTOPHER P. TENORIO
27 │                                   Assistant U.S. Attorney
28 │
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 08CR1557-WQH |
| ) | |
| Plaintiff, ) | **CERTIFICATE OF SERVICE** |
| ) | |
| v. ) | |
| ) | |
| GLENDA CASTILLO ABALOS, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY CERTIFIED THAT:

I, CHRISTOPHER P. TENORIO, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I am not a party to the above-entitled action. I have caused service of **NOTICE OF APPEARANCE** on the defendant's attorney by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 27, 2008.

                                                  s/ *Christopher P. Tenorio*
                                                CHRISTOPHER P. TENORIO
                                                Assistant U.S. Attorney