1

PAUL D. TURNER
Attorney at Law

2

State Bar Number: 99174

3

350 B Street, Suite 3100
San Diego, California 92101

4

Telephone: (619) 231-2001

5

ptlaw@cox.net

6

7

Attorney for Defendant, GLENDA ABALOS-

8

9

10

**UNITED STATES DISTRICT COURT**

11

**SOUTHERN DISTRICT OF CALIFORNIA**
**( Hon.William Q. Hayes)**

12

13

UNITED STATES OF AMERICA,                    )    Case No.  08 CR 1557-WQH
                                             )

14

.                                            )    EX PARTE APPLICATION FOR ORDER
          Plaintiff,                         )    COMPELLING THE PRESERVATION OF

15

                                             )    EVIDENCE
          vs.                                )

16

                                             )
GLENDA CASTILLO ABALOS,                      )

17

                                             )
          Defendant.                         )

18

19

20

        GLENDA CASTILLO ABALOS, defendant in the above matter, through her counsel of

21

record, PAUL D. TURNER, hereby applies to the Court for an order compelling the Government

22

and other law enforcement agencies to preserve the vehicle, contraband, and secondary

23

inspection video tape in this case.

24

        This application is based upon Fed. R. Crim. P. 16(a)(1)(A), Brady v. Maryland, 373 U.S.

25

83 (1983), the files and records in this case, the Declaration of Counsel and any and all matters

26

////

27

28

-1-

1

2

3

that may be presented to the Court in further support of this application.

4

5

Dated :May 27, 2008                                     /s/_____

6                                                         PAUL D. TURNER, Attorney for
                                                           Defendant, GLENDA  ABALOS
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                              -2-