1  PAUL D. TURNER
2  Attorney at Law
   State Bar Number: 99174
3  350 B Street, Suite 3100
   San Diego, California 92101
4  Telephone: (619) 231-2001
5  ptlaw@cox.net

6

7  Attorney for Defendant, GLENDA ABALOS

8

9
                    **UNITED STATES DISTRICT COURT**
10
11                 **SOUTHERN DISTRICT OF CALIFORNIA**
                        **( Hon.William Q. Hayes)**
12

13  UNITED STATES OF AMERICA,              )    Case No.  08 CR 1557-WQH
                                           )
14                                         )    EX PARTE APPLICATION FOR ORDER
            Plaintiff,                     )    COMPELLING THE PRESERVATION OF
15                                         )    EVIDENCE
            vs.                            )
16                                         )
    GLENDA CASTILLO ABALOS,                )
17                                         )
            Defendant.                     )
18  _____

19

20       GLENDA CASTILLO ABALOS, defendant in the above matter, through her counsel of

21  record, PAUL D. TURNER, hereby applies to the Court for an order compelling the Government

22  and other law enforcement agencies to preserve the vehicle, contraband, and secondary

23  inspection video tape in this case.

24       This application is based upon Fed. R. Crim. P. 16(a)(1)(A), Brady v. Maryland, 373 U.S.

25  83 (1983), the files and records in this case, the Declaration of Counsel and any and all matters

26  ////

27

28                                      -1-

1

2

3

that may be presented to the Court in further support of this application.

4

5

Dated :May 30, 2008                                    /s/PaulD. Turner
6                                                        PAUL D. TURNER, Attorney for
7                                                        Defendant, GLENDA  ABALOS

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                        -2-