PAUL D. TURNER
Attorney at Law
State Bar Number: 99174
350 B Street, Suite 3100
San Diego, California 92101
Telephone: (619) 231-2001
ptlaw@cox.net

Attorney for Defendant, GLENDA ABALOS

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
( Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 08 CR 1557-WQH |
| Plaintiff, | CERTIFICATE OF SERVICE BY E-MAIL |
| vs. | |
| GLENDA CASTILLO ABALOS, | |
| Defendant. | |

I, the undersigned declare as follows:

I am a citizen of the United States and am at least eighteen years of age.  My business address is 350 W. Ash Street, Suite 105, San Diego, California, 92101.

I am employed in the County of San Diego and not a party to the above-entitled action.  I have caused the following documents to be e-filed via Electronic Case Filing (ECF) with the Court:

I. Application for Ex Parte Order to Preserve Evidence

-1-

1
2
3      II. Declaration of Paul D. Turner in Support of Ex Parte Application for Order to Preserve
4  Evidence
5  and have notified the interested parties by e-mail via Electronic Case Filing (ECF) to:
6  Office of the U.S. Attorney, Chris Tenorio, Chris.Tenorio@usdoj.gov
7      I declare under penalty of perjury under the laws of the State of California that the
8  foregoing is true and correct and that this declaration was executed on May 30th, 2008 at San
9  Diego, California, 92101.
10
                                                    /s/ Paul D. Turner
11                                                  PAUL D. TURNER
                                                    ptlaw@cox.net
12

-2-