FILED

2008 JUN 10 PM 2: 25

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____VMM_____DEPUTY

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA
( Hon. William Q. Hayes)

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Case No. 08 CR 1557-WQH |
| | ) |
| | ) (PROPOSED) PW |
| Plaintiff, | ) |
| | ) ORDER |
| vs. | ) |
| | ) |
| GLENDA CASTILLO ABALOS, | ) |
| | ) |
| Defendant. | ) |

GOOD CAUSE APPEARING, in the Ex Parte Application for an Order to compel the preservation of evidence,

**IT IS HEREBY ORDERED** that the U.S. Government, including the U.S. Department of Homeland Defense and D.E.A. preserve the vehicle, contraband and secondary inspection videotape, if any seized in this case, until further order of this Court.

**SO ORDERED**.

Dated: __6/10__, 2008

_____
HON. WILLIAM Q. HAYES
U.S. District Court Judge

-1-