```
 1  KNUT S. JOHNSON (CSB 125725)
    LAW OFFICE OF KNUT S. JOHNSON
 2  1010 Second Avenue, Suite 1850
    San Diego, California 92101
 3  (619) 232-7080 (Phone)
    (619) 232-7324 (Fax)
 4  knut@knutjohnson.com

 5  JERROLD M. BODOW (CSB 79794)
    Jerrold M. Bodow, A.P.L.C.
 6  1010 Second Avenue, Suite 1000
    San Diego, California 92101
 7  (619) 231-0724 (Phone)
    (619) 238-6738 (Fax)
 8  jbodow@gmail.com

 9  Attorneys for GLENDA CASTILLO ABALOS
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | CASE NO. 08 cr 1557-WQH |
|---|---|
| Plaintiff, | SUBSTITUTION OF COUNSEL; ORDER THEREON |
| vs. | |
| GLENDA CASTILLO ABALOS | |
| Defendant. | |

The Defendant, GLENDA CASTILLO ABALOS, hereby substitutes Knut S. Johnson, Esq. for Paul Turner, Esq. as her attorney of record in the above entitled matter.

I REQUEST THAT THIS COURT ALLOW KNUT S. JOHNSON, ESQ. and JERRY BODOW, ESQ. TO BECOME MY ATTORNEYS OF RECORD

Dated:                                  _____
                                        Glenda Castillo Abalos

1

- 08 cr 1557-WQH

I AGREE TO BECOME COUNSEL OF RECORD.

Dated: 6/13/08

_____
Knut S. Johnson, Esq.

I AGREE TO BECOME COUNSEL OF RECORD.

Dated: 6-13-08

_____
Jerry Bodow, Esq.

I AGREE TO THIS SUBSTITUTION.

Dated:

_____
Paul Turner, Esq.

IT IS SO ORDERED:

DATED:

_____
Hon. William Q. Hayes
U.S. District Court Judge

2

- 08 cr 1557-WQH