KNUT S. JOHNSON (CSB 125725)
LAW OFFICE OF KNUT S. JOHNSON
1010 Second Avenue, Suite 1850
San Diego, California 92101
(619) 232-7080 (Phone)
(619) 232-7324 (Fax)
knut@knutjohnson.com

JERROLD M. BODOW (CSB 79794)
Jerrold M. Bodow, A.P.L.C.
1010 Second Avenue, Suite 1000
San Diego, California 92101
(619) 231-0724 (Phone)
(619) 238-6738 (Fax)
jbodow@gmail.com

Attorneys for GLENDA CASTILLO ABALOS

FILED
JUN 17 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES,

　　　　Plaintiff,

vs.

GLENDA CASTILLO ABALOS

　　　　Defendant.

CASE NO. 08 cr 1557-WQH

**SUBSTITUTION OF COUNSEL; ORDER THEREON**

The Defendant, GLENDA CASTILLO ABALOS, hereby substitutes Knut S. Johnson, Esq. and Jerrold M. Bodow for Paul Turner, Esq. as her attorneys of record in the above entitled matter.

**IT IS SO ORDERED:**

DATED: 6/17/08

　　　　　　　　　　　　　　Hon. William Q. Hayes
　　　　　　　　　　　　　　U.S. District Court Judge

- 08 cr 1557-WQH