1
2   I, the undersigned, declare under penalty of perjury that I am over the age of 18
3   years and not a party to the above-entitled action and that my address is set out
4   above; and that I served the attached pleading in the following manner:
5   I served the above on opposing counsel by e-filing to the Office of the Clerk and I mailed
6   a copy to the Defendant.
7   I declare under penalty of perjury that the forgoing is true and correct.
8
    Dated: July 21, 2008                        /s/ Knut S. Johnson
9                                               Knut S. Johnson
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

-   00 cr 1902-JM